Raagini Shah (SBN 268022)
Email: rshah@reedsmith.com
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   +1 213 457 8000
Facsimile:    +1 213 457 8080

Attorneys for Defendant
SYNCHRONY BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GUERRERO,<br><br>           Plaintiff,<br><br>    vs.<br><br>SYNCHRONY BANK<br><br>           Defendant. | Case No.<br><br>[Removal from Superior Court of California, County of San Bernardino, Case No. SMCFS1604110]<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331 AND 1441(a)**<br><br>**[FEDERAL QUESTION]**<br><br>Complaint Filed: May 6, 2016 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendant Synchrony Bank ("Synchrony") hereby removes this action described below from the California Superior Court, County of San Bernardino to the United States District Court for the Central District of California pursuant to Sections 1331 and 1441(a) of Title 28 of the United States Code ("U.S.C.").  The removal is based on the following:

**I.   REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1441**

1.   On May 6, 2016, Plaintiff Antonio Guerrero filed a complaint in the

– 1 –
NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331 AND 1441(a)

California Superior Court, County of San Bernardino entitled *Antonio Guerrero v. Synchrony Bank*, Case Number SMCFS1604110 (hereinafter the "State Court Action"). The Complaint alleges a cause of action for violation of the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.* The State Court documents are attached to this Notice of Removal as required by 28 U.S.C. §1446(a). The Complaint, Summons and related state court documents are attached hereto as **Exhibit A**.

2. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that it is a civil action arising under the laws of the United States, specifically the FCRA.

3. To the extent that any other claims in this action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. § 1367.

**II.  THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**

1. Synchrony was served with the Complaint on May 10, 2016. This Notice of Removal is timely in that it is filed within thirty days after receipt by Synchrony of a copy of the initial pleading setting forth the removable claim. *See* 28 U.S.C. § 1446(b).

3. The California Superior Court, County of San Bernardino is located within the United States District Court for the Central District of California. Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4. In compliance with 28 U.S.C. § 1446(d), Synchrony will serve on Plaintiff and will file with the Clerk of the California Superior Court, County of San Bernardino a written "Notice to the Clerk and Adverse Parties of Filing of Notice of Removal of Civil Action to Federal Court," attaching a copy of this Notice of Removal and all supporting papers.

5. No previous application has been made for the relief requested herein.

WHEREFORE, Synchrony Bank respectfully removes this action from the California Superior Court, County of San Bernardino to this Court pursuant to 28 U.S.C. §§ 1331 and 1441.

DATED: June 7, 2016                    REED SMITH LLP


By  */s/ Raagini Shah*
    Raagini Shah
    Attorneys for Defendant
    SYNCHRONY BANK