UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 16-1202 PSG (KKx) | Date | July 28, 2016 |
|---|---|---|---|
| Title | Antonio Guerrero v. Synchrony Bank | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order GRANTING Defendant's Motion and DISMISSING the Case WITH PREJUDICE

Before the Court is Defendant Synchrony Bank's motion to dismiss Plaintiff Antonio Guerrero's complaint. Dkt. #8. In the alternative Defendant requests a more definite statement. *Id.* The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); L.R. 7-15. After considering Defendant's unopposed moving papers, the Court GRANTS the motion to dismiss WITH PREJUDICE.

The motion to dismiss is set for hearing on August 15, 2016. *See* Dkt. #8. As a result, Plaintiff's opposition brief was due by July 25, 2016. *See* L.R. 7-9. Plaintiff has not filed an opposition. Accordingly, pursuant to Local Rule 7-12, the Court deems Plaintiff to have consented to the motion. Plaintiff has not requested leave to amend. Thus, the Court will not grant Plaintiff leave to amend his complaint.

The Court therefore GRANTS the motion to dismiss WITH PREJUDICE. The case is now closed.

**IT IS SO ORDERED.**